STEPHEN CASELLA, Individually and as Executor, etc., of DOMENICO CASELLA, Deceased, Appellant, v. MAZIE SLOCKBOWER, Respondent.— Motion for reargu-

ment denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.